

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00574-CR

James Leroy **GREEN** III,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR9758
The Honorable Laura Lee Parker, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED February 28, 2018.

_____
Irene Rios, Justice